UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO TECHNOLOGY, INC.,

    Plaintiff,

    v.

HOWELL VENTURES LTD.,

    Defendant.

_____/

No. C 10-5575 PJH

**ORDER**

The court is in receipt of defendant's administrative motion to continue the date for the initial case management conference, which was filed on July 11, 2011. In view of the fact that the parties' joint case management conference statement is due on July 14, 2011, and plaintiff's opposition (if any) to defendant's administrative motion is not due until July 15, 2011, the joint case management conference statement need not be filed as presently scheduled. If the administrative motion is granted, a new date will be set. If it is denied, the joint case management conference statement will be due on July 18, 2011.

**IT IS SO ORDERED.**

Dated: July 12, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge